# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JORGE GALEAS, JR.,

    Plaintiff(s),

vs.

FNU PREVITIRE, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-582-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2012 Order.

Signed: November 28, 2012

Frank G. Johns, Clerk
United States District Court